# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-201** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **PAUL SHARTLE** | : | |

## **O R D E R**

AND NOW, this 31st day of August, 2010, upon motion (Doc. 19) of the United States of America, the Indictment as to the defendant, PAUL SHARTLE, is DISMISSED.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge